# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CANDY TORRES,                                )
                                             )
                    Plaintiff,               )        Case No.  2:19-cv-00594-APG-GWF
                                             )
vs.                                          )        **ORDER**
                                             )
ALLAN ROTHSTEIN, et al.,                     )
                                             )
                    Defendants.              )
_____)

At intake, this case was assigned to the court's Early Neutral Evaluation Program for employment-discrimination cases.  (*See* Notice (ECF No. 2).)  Local Rule 16-6(a) defines employment-discrimination cases as cases filed under the following statutes:

> Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.; Title I of the Americans With Disabilities Act, as amended, 42 U.S.C. § 12101, et seq.; prohibition of employment discrimination under 42 U.S.C. § 1981; Age Discrimination in Employment Act, 29 U.S.C. § 626, et seq.; Equal Pay Act, 29 U.S.C. § 206; Genetic Information Non Discrimination Act of 2008, 42 U.S.C. § 2000ff, et seq.; Vocational Rehabilitation Act of 1973, 29 U.S.C. § 794; and under 42 U.S.C. § 1983, if the complaint alleges discrimination in employment on the basis of race, color, gender, national origin, or religion.

Here, plaintiff alleges claims for violations of the Fair Housing Act and the Nevada Fair Housing Law (claims one and two), as well as state law claims for invasion of quiet enjoyment and privacy occupancy (claim three), wrongful eviction (claim four), deceptive trade practices (claim five), invasion of privacy (claim six), defamation (claim seven), and negligence (claim eight).  (*See* Compl. (ECF No. 1).)  Given that none of these claims are included in the definition of an employment-discrimination action under Local Rule 16-6(a), the court will not hold an early neutral evaluation conference in this case.

/ / /

1    IT IS THEREFORE ORDERED that the court will not conduct an early neutral evaluation

2  in this case.

3    IT IS FURTHER ORDERED that the Clerk of Court must terminate the undersigned's

4  designation as the settlement judge in this case.

6    DATED: May 21, 2019

8                                                   _____
                                                   **C.W. Hoffman, Jr.**
9                                                   **United States Magistrate Judge**