UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CANDY TORRES,

    Plaintiff,

v.

ALLAN ROTHSTEIN, et al.,

    Defendants.

Case No. 2:19-CV-00594-APG-EJY

**ORDER**

Before the Court is Defendant Allan Rothstein's Motion for Leave to File Amended Answer (ECF No. 20) and Plaintiff Candy Torres' Nonopposition thereto (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that Defendant Rothstein's Motion for Leave to File Amended Answer is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall separate and electronically file the Amended Answer attached to ECF No. 20.

DATED: August 26, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE