1                UNITED STATES DISTRICT COURT

2                  DISTRICT OF NEVADA

3                         * * *

4   CANDY TORRES,                       Case No. 2:19-cv-00594-APG-EJY

5          Plaintiff,

6        v.                                 **ORDER**

7   ALLAN ROTHSTEIN and KYLE PUNTNEY,

8          Defendants.

9

10        Before the Court is Defendant Allan Rothstein's ("Rothstein") Emergency Motion to Extend

11 Time for Briefing Deadlines to Memorandum of Costs and Fees and OSC, Opposition to

12 Memorandum and Response to Order to Show Cause.  ECF No 99.  Rothstein seeks a fourteen-day

13 extension to respond to the Court's Order to Show Cause (ECF No. 91) and Plaintiff's Memorandum

14 in Support of Award of Attorneys' Fees Pursuant to Court Order (ECF No. 93), responses to which

15 were due December 7, and December 8, 2020, respectively.

16        With good cause appearing,

17        IT IS HEREBY ORDERED that Defendant Allan Rothstein's Emergency Motion to Extend

18 Time for Briefing Deadlines to Memorandum of Costs and Fees and OSC, Opposition to

19 Memorandum and Response to Order to Show Cause (ECF No 99) is GRANTED.

20        IT IS FURTHER ORDERED that Defendant Allan Rothstein's responses to the Court's

21 Order to Show Cause (ECF No. 91) and Memorandum in Support of Award of Attorneys' Fees

22 Pursuant to Court Order (ECF No. 93) shall be due on or before December 22, 2020.

23        DATED THIS 8th day of December, 2020.

24

25

26                              ELAYNA J. YOUCHAH
                             UNITED STATES MAGISTRATE JUDGE

27

28