AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CANDY TORRES,

                Plaintiff,

v.

ALLAN ROTHSTEIN and KYLE PUNTNEY,

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-00594-APG-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff is awarded attorney's fees in the amount of $4,670.00.  Defendant shall make payment within 30 days of the date of the Order of Award.

1/28/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk