# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES, | No. 2:19-cv-00594-APG-EJY |
| Plaintiff, | [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING JOINT PRETRIAL ORDER |
| vs. | |
| ALLAN ROTHSTEIN and KYLE PUNTNEY, | |
| Defendants. | |
| Related Cross Complaint | |

Based on plaintiff's unopposed motion extending the deadline for the parties to file their joint pretrial order, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for filing the joint pretrial order is extended from February 26, 2021, to March 26, 2021.

Dated:   February  10th , 2021

Hon. Elayna J. Youchah
United States Magistrate Judge