1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11   CANDY TORRES,                              )   No. 2:19-cv-00594-APG-EJY
                                               )
12              Plaintiff,                      )   [PROPOSED] ORDER EXTENDING
         vs.                                   )   DEADLINE BY ONE WEEK FOR
13                                             )   FILING THE PROPOSED JOINT
     ALLAN ROTHSTEIN and KYLE                  )   PRETRIAL ORDER
14   PUNTNEY,                                  )
                                               )
15                                             )
                                               )
16              Defendants.                     )
                                               )
17   ───────────────────────────              )
     Related Cross Complaint                   )
18   ───────────────────────────              )

19          Having considered the unopposed motion of plaintiff Candy Torres, and good

20   cause appearing therefor,

21          IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for One Week

22   Extension to File Proposed Joint Pretrial Order (ECF No. 128) is GRANTED.

23          IT IS FURTHER ORDERED that the parties shall file their proposed joint

24   pretrial order by April 2, 2021.

25

26          Dated:    March 19th, 2021

27                                              _____
                                                Hon. Elayna J. Youchah
28                                              United States Magistrate Judge