# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES, | Case No.: 2:19-cv-00594-APG-EJY |
| Plaintiff | **Order** |
| v. | [ECF No. 135] |
| ALLAN ROTHSTEIN and KYLE PUNTNEY, | |
| Defendants | |

Defendant Allan Rothstein filed an emergency motion for an order to show cause why I should not issue an order enforcing a settlement agreement between Rothstein and his former attorney, CJ Barnabi, and to order Barnabi to pay attorney's fees and costs. ECF No. 135. The motion does not comply with the Local Rules regarding emergency motions. LR 7-4. I therefore will not consider the motion on an emergency basis. Additionally, it does not appear that Rothstein served Barnabi with the motion.

I THEREFORE ORDER defendant Allan Rothstein to serve a copy of his motion and this order on CJ Barnabi. Rothstein shall thereafter file proof of service in the court docket.

I FURTHER ORDER that CJ Barnabi shall have 14 days from the date of service to file a response to the motion, if any.

DATED this 22nd day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE