# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES,<br><br>    Plaintiff,<br>vs.<br>ALLAN ROTHSTEIN and KYLE PUNTNEY,<br><br>    Defendants.<br><br>**Related Cross Complaint** | No. 2:19-cv-00594-APG-EJY<br><br>**ORDER EXTENDING DEADLINE TO LODGE JOINT REVISED PRETRIAL ORDER** |

Having considered the unopposed application of plaintiff Candy Torres for an extension of time to lodge the joint revised pretrial order in this action, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for lodging the joint revised pretrial order is extended from Friday, September 17, 2021 to Friday, October 1, 2021.

SO ORDERED.

Dated:   September 15, 2021.

_____
Hon. Andrew P. Gordon
United States District Judge