# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES, | Case No.: 2:19-cv-00594-APG-EJY |
| Plaintiff | **Order** |
| v. | [ECF No. 157] |
| ALLAN ROTHSTEIN and KYLE PUNTNEY, | |
| Defendants | |

Plaintiff Candy Torres moves to strike the answer filed by defendant Allan Rothstein due to his repeated failures to cooperate in the preparation of the joint pretrial order. ECF No. 157. Torres correctly points out the several extensions I have granted. Rothstein's counsel responds that he recently had emergency surgery in October, and his associate has had significant medical and personal issues, all of which have interfered with their ability to prepare the joint pretrial order. ECF No. 158. Based on these representations, I will not strike Rothstein's answer. I will give Rothstein one final extension to contribute to the preparation of the joint pretrial order. If he fails to do so, then Torres may submit a separate proposed joint pretrial order explaining what, if any, cooperation Rothstein provided.

I THEREFORE ORDER that the deadline for lodging the joint revised pretrial order is extended to **January 7, 2022**. If Rothstein fails to contribute to the preparation of the joint pretrial order, then Torres may submit a separate proposed joint pretrial order explaining what, if any, cooperation Rothstein provided.

DATED this 12th day of December, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE