JAMES W. KWON, ESQ.
Nevada Bar No. 8146
JAMES KWON, LLC
6280 W. Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146
James@jwklawfirm.com
Telephone: (702) 515-1200
Facsimile: (702) 515-1201
*Attorneys for The Barnabi Law Firm, PLLC and CJ Barnabi, Esq.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDY TORRES,<br><br>        Plaintiff,<br><br>v.<br><br>ALLAN ROTHSTEIN and KYLE PUNTNEY,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 2:19-cv-00594-APG-EJY |

**SUBSTITUTION OF ATTORNEY**

The Barnabi Law Firm, PLLC and Charles ("CJ") E. Barnabi, Jr., Esq. hereby substitutes themselves as attorney of record in the stead of James W. Kwon, Esq. of James Kwon, LLC, and that I am duly admitted to practice in this District. The Barnabi Law Firm, PLLC is located at 375 E. Warm Springs Road, Ste. 104, Las Vegas, NV

///

///

1

89119, Telephone (702) 475-8903.

Dated this 3rd day of January 2022.

          THE BARNABI LAW FIRM, PLLC

By: /s/ Charles E. Barnabi
CHARLES ("CJ") E. BARNABI JR., ESQ.
Nevada Bar No. 14477
375 East Warm Springs Road, Ste. 104
Las Vegas, Nevada 89119
*Attorneys for The Barnabi Law Firm, PLLC and CJ Barnabi, Esq.*

James W. Kwon, Esq. of James Kwon, LLC, LLC hereby consents to the above substitution.

Dated this 3rd day of January 2022.

          JAMES KWON, LLC

By: /s/ James Kwon
JAMES W. KWON, ESQ.
Nevada Bar No. 8146
6280 W. Spring Mountain Road, Suite 100
Las Vegas, Nevada 89146

APPROVED:

Dated this 3rd day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE