1

2   NEVADA LEGAL SERVICES
    Gregory Paul (NV 9645)
3    gpaul@nlslaw.net
    530 South 6th Street
4   Las Vegas, NV 89101
    Tel:   (702) 388-1641, Ext 130
    Fax:   (702) 386-0404

5   BRANCART & BRANCART
     Christopher Brancart (NV 8969)
6    cbrancart@brancart.com
    Post Office Box 686
7   Pescadero, CA  94060
    Tel:   (650) 879-0141
8   Fax:   (650) 879-1103

9
    Attorneys for Plaintiff
10

11              **UNITED STATES DISTRICT COURT**

12               **DISTRICT OF NEVADA**

13

14  **CANDY TORRES,**                    )   **No. 2:19-cv-00594-APG-EJY**
                                         )
15               **Plaintiff,**          )   **JOINT STIPULATION FOR ORDER**
         **vs.**                         )   **CONTINUING CALENDAR CALL**
                                         )   **AND TRIAL DATE BY FOUR**
16  **ALLAN ROTHSTEIN and KYLE**         )   **WEEKS**
    **PUNTNEY,**                         )
17                                       )
                                         )
18               **Defendants.**         )
                                         )
19  ─────────────────────────────       )
                                         )
20  **Related Cross Complaint**          )
    ─────────────────────────────       )

21          The parties hereby stipulate to issuance of an order extending the date for

22  the calendar call and court trial by four weeks from June 21, 2022 (calendar call)

23  and June 27, 2022 (court trial) to July 12 (calendar call) and July 18 (court trial).

24  There is good cause to grant this request for the following reasons:

25          First, On January 7, 2022 the parties filed the proposed pretrial order. The

26  trial dates offered by the parties included the weeks of July 11 and July 18, 2022.

27  (ECF 164 at p. 53.)

28  //

1    Second, on January 12, 2022 this Court issued the pretrial order setting the

2    case for a court trial on the stacked calendar on June 20, 2022, at 9:00 a.m. in

3    courtroom 6C, and for the calendar call on June 14, 2022, at 9:00 a.m.  It issued a

4    minute order on February 24, 2022, modifying those dates to calendar call on June

5    21 and trial on June 27, 2022.  (ECF 172.)

6    Third, lead counsel for plaintiff Christopher Brancart's father passed away

7    in December and, after the Court set the trial date, counsel learned that the date

8    chosen for the memorial service will be June 18 in Brunswick, Maine.  Plaintiff's

9    counsel anticipates being in Maine for the days immediately preceding and

10   following June 18.

11   Fourth, the week of July 18 was one of the weeks offered by the parties in

12   the proposed pretrial order.

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25

26

27

28

1     For all of these reasons, the parties request that the Court issue an order

2  resetting the calendar call in this case to July 12, 2022, and the trial date to July

3  18, 2022.

4     SO STIPULATED.

5  Dated:  February 24, 2022.

6  BRANCART & BRANCART                THE WASIELEWSKI LAW FIRM,
                                     LTD.
7  */s/ Christopher Brancart*
   Christopher Brancart (NV 8969)        */s/ Andrew Wasielewski*
8  cbrancart@brancart.com                ANDREW WASIELEWSKI, ESQ.
   Post Office Box 686                   Nevada Bar No. 6161
9  Pescadero, CA  94060                  8275 S. Eastern Ave., Suite 200-818
   Tel:   (650) 879-0141                 Las Vegas, NV 89123
10 Fax:   (650) 879-1103                 Phone: (702) 490-8511
                                     Fax: (702) 548-9684
11 Attorneys for Plaintiff Candy Torres  andrew@wazlaw.com

12

13                                    Attorney for Defendant and Cross-
                                     Defendant
14                                    ALLAN ROTHSTEIN

15 FOLEY & OAKES, PC

16 */s/ Daniel T. Foley*
   Daniel T. Foley (NV 1078)
17 dan@foleyoakes.com
   1210 So. Valley View Blvd.
18 Suite 208
   Las Vegas, NV 89102
19 Tel:  (702) 384-2070
   Fax:  (702) 384-2128
20
   Attorneys for Cross-Complainant
21 Kyle Puntney

22                                    ORDER

23     Calendar Call set for June 21, 2022, is vacated and continued to August 2,

24 2022, at 9:00 a.m. in Courtroom 6C.

25     Trial set for June 27, 2022 is vacated and continued to August 8, 2022, at

26 9:00 a.m. in Courtroom 6C.

27                                    _____
                                     UNITED STATES DISTRICT JUDGE
28
                                     DATED:  February 28, 2022

-3-

1
2

**CERTIFICATE OF SERVICE**

3
4
5

     Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on February 24, 2022, I served email via ECF a copy of the attached document – **JOINT STIPULATION FOR ORDER CONTINUING CALENDAR CALL AND TRIAL DATE BY FOUR WEEKS** – on the following persons:

6
7
8
9

Andrew Wasielewski
The Wasielewski Law Firm
8275 S. Eastern Avenue
Suite 200-818
Las Vegas, Nevada 89123
andrew@wazlaw.com

Gregory Paul
Nevada Legal Services
530 South 6th Street
Las Vegas, NV 89101
Fax:   (702) 386-0404
gpaul@nlslaw.net

10

(Via Email Only)

(Via Email Only)

11
12
13
14

Daniel Foley
Foley & Oakes
1210 S. Valley View Blvd., Ste. 208
Las Vegas, Nevada 89102
Fax: (702) 384-2128
dan@foleyoakes.com

(Via Email Only)

15
16
17
18

*/s/ Christopher Brancart*

19
20
21
22
23
24
25
26
27
28

-4-