DANIEL T. FOLEY, ESQ.
Nevada Bar No. 1078
FOLEY LAW, PC
1901 S. 15th St.
Las Vegas, Nevada 89104
Tel.: (702) 384-2070
Fax: (702) 384-2128
Email: dan@foleylawlv.com
*Attorneys for Kyle Puntney*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **CANDY TORRES**, an individual, | 2:19-cv-00594 APG-EJY |
| *Plaintiff,* | |
| v. | |
| **ALLAN ROTHSTEIN and KYLE PUNTNEY,** DOES I through X, individuals, and ROES XI through XX Corporations and Partnerships, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AS TO DEFENDANT KYLE PUNTNEY ONLY** |
| *Defendants.* | |
| **KYLE PUNTNEY,** an individual, | |
| Cross-Complainant, | |
| v. | |
| ALLAN ROTHSTEIN, an individual; DOES through X, individuals, and ROES XI through XX Corporations and Partnerships. | |
| Cross-Defendants. | |

    Pursuant to the settlement agreement between plaintiff Candy Torres and defendant Kyle Puntney (ECF 165 at 8-13), which this Court has determined to be a good faith settlement (ECF

177), IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Candy Torres and Defendant Kyle Puntney, by and through their respective counsel of record, that Plaintiff's Complaint and Amended Complaint against Kyle Puntney only be dismissed with prejudice, subject to the terms of the settlement agreement between Torres and Puntney (ECF 165 at 8-13). Pursuant to this Stipulation and Dismissal, Torres and Puntney shall each bear their own costs, including attorneys' fees.

All other claims and parties in the subject suit shall not be affected by this Stipulation and Order of Dismissal, and nothing in this Stipulation and Order of Dismissal shall be construed to limit, waive, or dismiss the claims of plaintiff Candy Torres against defendant Allan Rothstein.

DATED this 16th day of March 2022.                    DATED this 16th of March 2022.

FOLEY LAW, PC                                                              THE WASIELEWSKI LAW FIRM, LTD

/s/ Daniel T. Foley                                                            /s/ Andrew Wasielewki
Daniel T. Foley, Esq.                                                        Andrew Wasielewki, Esq.
1901 S 15th St.                                                                 8275 S. Eastern Ave. #200-818
Las Vegas, NV 89104                                                       Las Vegas, NV 891238
Attorneys for Kyle Puntney                                            Attorneys for Allan Rothstein

DATED this 16th day of March 2022

BRANCART & BRANCART

/s/ Christopher Brancart
Christopher Brancart, Esq.
Post Office Box 686
Pescadero, CA 94068
*Attorneys for Candy Torres*

**IT IS SO ORDERED.**

Dated this  17th  day of March 2022

_____
Andrew P. Gordon, United States District Judge