NEVADA LEGAL SERVICES
  Gregory Paul (NV 9645)
  gpaul@nlslaw.net
530 South 6th Street
Las Vegas, NV 89101
Tel:    (702) 388-1641, Ext 130
Fax:    (702) 386-0404

BRANCART & BRANCART
  Christopher Brancart (NV 8969)
  *cbrancart@brancart.com*
Post Office Box 686
Pescadero, CA  94060
Tel:    (650) 879-0141
Fax:    (650) 879-1103

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **CANDY TORRES,** | **No. 2:19-cv-00594-APG-EJY** |
| **Plaintiff,** | **STIPULATION PERMITTING PARTIES UNTIL JULY 12, 2022, TO FILE LIMINE MOTIONS; [PROPOSED] ORDER** |
| **vs.** | |
| **ALLAN ROTHSTEIN and KYLE PUNTNEY,** | |
| | **Trial: August 8, 2022** |
| **Defendants.** | |

The parties hereby stipulate to issuance of an order permitting them until Tuesday, July 12, 2022, to file limine motions in connection with the trial of this action.   A proposed order is appears at the end of this stipulation.

There is good cause to grant this joint request for the following reasons:

First, this request is timely since it seeks to extend a deadline before its expiration.

Second, under the current scheduling order (ECF176), this action is set for a bench trial starting on August 8, 2022.

Third, under LR 16-3(a), "[u]nless the court orders otherwise, motions in

1  limine must be filed 30 days before trial," making limine motions due on Saturday,

2  July 9, 2022.

3       Fourth, before filing limine motions the parties must confer in an effort to

4  avoid or limit the need for those motions.  Andrew Wasielewski, attorney for

5  defendant Allan Rothstein, is unavailable to confer until Monday afternoon, July

6  11, a date after the current LR 16-3 filing deadline.

7       Accordingly, to comply with LR 16-3's conference requirement, there is

8  good cause for this short extension of the deadline for filing limine motions.

9       So stipulated.

10      Dated: July 7, 2022.
                              Respectfully submitted,

11

12  BRANCART & BRANCART          THE WASIELEWSKI LAW FIRM, LTD.

13  /s/ Christopher Brancart      /s/ Andrew Wasielewski
    Christopher Brancart (NV 8969)  Andrew Wasielewski, Esq.
14  cbrancart@brancart.com        Nevada Bar No. 6161
    Post Office Box 686           8275 South Eastern Ave., Ste 200-818
15  Pescadero, CA  94060          Las Vegas, Nevada 89123
    Tel:  (650) 879-0141
16  Fax:  (650) 879-1103          Attorney for Defendant Allan Rothstein

17  NEVADA LEGAL SERVICES
18   Gregory Paul (NV 9645)
     gpaul@nlslaw.net
19  530 South 6th Street
    Las Vegas, NV 89101
20  Tel:  (702) 388-1641, Ext 130
    Fax:  (702) 386-0404

21  Attorneys for Plaintiff

22

23                      **[PROPOSED] ORDER**

24      The parties shall have until July 12, 2022, to file their limine motions.

25      Dated: July 8 , 2022.

26                              _____
                                Hon. Andrew P. Gordon
27                              United States District Judge

28

                                -2-

1

**CERTIFICATE OF SERVICE**

2

3      Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on July 8, 2022, I served email via ECF a copy of the attached document **STIPULATION PERMITTING PARTIES UNTIL JULY 12, 2022, TO FILE LIMINE MOTIONS; [PROPOSED] ORDER** – on the following persons:

4

5

6      Andrew Wasielewski                          Gregory Paul
       The Wasielewski Law Firm                     Nevada Legal Services
7      8275 S. Eastern Avenue                       530 South 6th Street
       Suite 200-818                                Las Vegas, NV 89101
8      Las Vegas, Nevada 89123                      Fax:    (702) 386-0404
       andrew@wazlaw.com                            gpaul@nlslaw.net

9

10

11

12                          */s/ Christopher Brancart*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28