1  NEVADA LEGAL SERVICES
   Kristopher Pre (NV 14106)
2  530 South 6th Street
   Las Vegas, NV 89101
3  Tel:   (702) 388-1641
   Fax:   (702) 386-0404
4
   BRANCART & BRANCART
5  Christopher Brancart (NV 8969)
   cbrancart@brancart.com
6  Post Office Box 686
   Pescadero, CA  94060
7  Tel:   (650) 879-0141
   Fax:   (650) 879-1103
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

12
   CANDY TORRES,                    )    No. 2:19-cv-00594-APG-EJY
13                                   )
              Plaintiff,             )    PLAINTIFF'S EXHIBIT LIST FOR
14     vs.                          )    TRIAL
                                     )
15  ALLAN ROTHSTEIN, et al.          )    Trial:
                                     )
16                                   )    Date:      August 8, 2022
              Defendants.            )    Time:      9:00 am
17  _____ )

18        Pursuant to the Court's Order Regarding Trial (ECF 191), as modified at the

19  Calendar Conference, plaintiff Candy Torres hereby submits Plaintiff's

20  ///

21  ///

22  ///

23

24

25

26

27

28

1   Exhibit List for Trial.[1]

2                              *   *   *

3          Dated: August 3, 2022.

4                                  Respectfully submitted,

5

6   NEVADA LEGAL SERVICES              BRANCART & BRANCART

7    Kristopher Pre (NV 14106)
     kpre@nevadalegalservices.org      /s/ Christopher Brancart
8   530 South 6th Street               Christopher Brancart (NV 8969)
    Las Vegas, NV 89101                cbrancart@brancart.com
9   Tel:   (702) 388-1641              Post Office Box 686
    Fax:   (702) 386-0404              Pescadero, CA  94060
10                                     Tel:   (650) 879-0141
                                       Fax:   (650) 879-1103
11

12                          Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24   _____

25       [1]The parties stipulated today to extend the deadline for filing trial
26   documents from today, Wednesday, August 2, 2022, to Thursday, August 3, 2022,
     to accommodate counsel.  (ECF 203.)  As of the existing deadline, no order had
27   issued; accordingly, plaintiff files her trial documents in accordance with the
28   existing order.

Page 1

# Exhibit List

*Torres v. Rothstein*, Case 2:19-cv-00594-APG-EJY
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | 3 | | Redfin.com profile of 11893 Wedgebrook (Page 1 only) Depo. Exh. 3 |
| | | 5 | | Residential Property Management Agreement dated 07/30/10 (PUNT00001—PUNT0016) Depo. Exh. 5 |
| | | 13 | | Property management statement from Rothstein to Puntney dated 11/8/2017 (PUNT00177—PUNT00178) Depo. Exh. 13 |
| | | 14 | | Emails between Puntney and Rothstein re HOA fine dated 5/25/17 to 5/30/17 (PUNT00134—PUNT00136) Depo. Exh. 14 |
| | | 15 | | 10-Day Demand from Rachel Douglas to Rothstein dated 07/17/17 (ROTH0047) Depo. Exh. 15 |
| | | 19 | | Email from Rothstein to Puntney with August property management statement dated 08/20/18 (PUNT00237—PUNT00238) |

Page 2

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | | | Depo. Exh. 19 |
| | | 21 | | Email from Rothstein to Puntney with September property management statement dated 09/21/18 (PUNT00261—PUNT00262) Depo. Exh. 21 |
| | | 22 | | Emails between Rothstein and Puntney re utilities at 11893 Wedgebrook dated 09/26/18 (PUNT00263—PUNT00264) Depo. Exh. 22 |
| | | 23 | | MLS listing of 11893 Wedgebrook (ROTH00233) Depo. Exh. 23 |
| | | 24 | | Emails between Rothstein and Puntney re Wedgebrook foreclosure dated 09/04/18 – 09/06/18 (PUNT00243—PUNT00244) Depo. Exh. 24 |
| | | 25 | | Email from Rothstein to Puntney re Wedgebrook foreclosure 09/19/2018 (PUNT00256) Depo. Exh. 25 |
| | | 27 | | Emails from Rothstein to Puntney re letter confirming property |

**Page 3**

# Exhibit List

*Torres v. Rothstein*, Case 2:19-cv-00594-APG-EJY
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | | | management agreement 10/12/18 – 10/13/18 (PUNT00279) Depo. Exh.27 |
| | | 28 | | Emails between Puntney and Rothstein confirming property management agreement 10/15/18 (PUNT00282) Depo. Exh.28 |
| | | 29 | | Emails from Rothstein to Puntney re listing Wedgebrook house 09/13/18 – 10/09/18 (PUNT00268—PUNT00269) Depo. Exh.29 |
| | | 30 | | Email from Wayneisha Thomas to Rothstein re Candy Torres housing voucher dated 10/24/18 (ROTH00300—ROTH00301) Depo. Exh.30 |
| | | 31 | | Email from Rothstein to Puntney re Wedgebrook foreclosure dated 10/26/18 (PUNT00287) Depo. Exh.31 |
| | | 32 | | Emails between Rothstein and Puntney re Section 8 dated 10/27/18 (PUNT00288) Depo. Exh.32 |

**Page 4**

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | 33 | | Torres lease packet sent to Puntneyfor 11893 Wedgebrook dated 11/23/18 (PUNT00017—PUNT00033) Depo. Exh.33 |
| | | 34 | | Torres lease packet (11-23-2018) submitted to and returned by SNRHA, (ROTH00376—ROTH00407) Depo. Exh.34 |
| | | 35 | | Torres lease packet (11-23-2018) (ROTH00442—ROTH00464) Depo. Exh.35 |
| | | 36 | | Release of Liability and Assumption of Risk dated 11/23/18 (ROTH00477—ROTH00478) Depo. Exh.36 |
| | | 37 | | Emails between Torres and Rothstein re non-functioning appliances at 11893 Wedgebrook dated 11/26/18 (PUNT00290) Depo. Exh.37 |
| | | 38 | | Indemnity Agreement dated 11/23/18 (ROTH00500) Depo. Exh.38 |
| | | 40 | | Addendum No. 1 to Residential |

**Page 5**

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | | | Lease Agreement dated 12/25/18 (PUNT00032) Depo. Exh.40 |
| | | 41 | | Email from Rothstein to Torres re late charges dated 12/28/18 (ROTH00434) Depo. Exh.41 |
| | | 42 | | Emails between Rothstein and Torres re late rent charges, ladder dispute, and appliance problems dated 12/28/18 – 01/02/19 (ROTH00119—ROTH00123) Depo. Exh. 42 |
| | | 43 | | Rent Receipt Agreement dated 12/30/18 (ROTH00245) Depo. Exh.43 |
| | | 44 | | Email from Rothstein to Puntney with December-January property management statement dated 01/13/19 (PUNT00295—PUNT00296) Depo. Exh.44 |
| | | 45 | | Email from Rothstein to Torres re late rent charges dated 01/13/19 (ROTH00252) Depo. Exh.45 |

**Page 6**

# Exhibit List

*Torres v. Rothstein*, Case 2:19-cv-00594-APG-EJY
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | 46 | | Rent Receipt Agreement dated 01/13/19 (ROTH00506) Depo. Exh.46 |
| | | 47 | | Emails between Rothstein and Torres re rent and utility payment dispute dated 01/13/19 – 01/18/19 (ROTH00583—ROTH00584) Depo. Exh.47 |
| | | 48 | | Email from Rothstein to Torres re late fees dated 02/08/19 (ROTH00126) Depo. Exh.48 |
| | | 49 | | Tenant's Affidavit/Answer in Opposition to Summary Eviction Regarding Nonpayment of Rent Case 19E003909, Rothstein v Torres, dated 2/15/2019 (14 pages + certificate) (ROTH0075—ROTH0087) Depo. Exh.49 [RJN/ECF 80-1, 85; RJN Exh 5/ECF 193-5] |
| | | 50 | | Statement assessing late fees against Torres dated 03/02/19 (ROTH00504) Depo. Exh.50 |
| | | 51 | | March 2019 Property Management statement from Rothstein to |

Page 7

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | | | Puntney (ROTH0028) Depo. Exh. 51 |
| | | 52 | | Email from Rothstein to Puntney dated 04/22/19 with April property management statement (PUNT00307) Depo. Exh. 52 |
| | | 53 | | Rothstein's notes re rent and charges to Torres (ROTH00248, 247, 246, 435, 422, 423-427, 433) |
| | | 66 | | Text messages between Rothstein and Puntney (PUNT00524—PUNT00548 only) Depo. Exh.66 |
| | | 68 | | Google Maps Aerial Photograph of Rothstein residence Depo. Exh.68 |
| | | 69 | | Document Entitled "Sexual Remark or Sexual Statement" Depo. Exh.69 |
| | | 70 | | Document Entitled "Sexual Conduct" Depo. Exh.70 |
| | | 71 | | Document Entitled "NRS 645.030 'Real Estate Broker' Defined" Depo. Exh.71 |

Page 8

## Exhibit List

*Torres v. Rothstein*, Case 2:19-cv-00594-APG-EJY
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | 72 | | Document Entitled "NRS 645.013 'Designated Property Manager' Defined" Depo. Exh.72 |
| | | 75 | | NRS 118A.200 statute text Depo. Exh.75 |
| | | 76 | | NRS 118A.275 statute text Depo. Exh.76 |
| | | 84 | | Email from Rothstein to Torres with blank rental application dated 09/27/18 (ROTH00574—ROTH00580) Depo. Exh.84 |
| | | 85 | | Rental application filled out by Torres dated 09/27/18 (CT 92 – CT 98) Depo. Exh.85 |
| | | 89 | | Note written by Torres re finding Wedgebrook house,  dated 9/27/18 (ROTH00232) Depo. Exh.89 |
| | | 90 | | Notarized letter from Torres re not using Janine Yannis as realtor, dated 10/02/18 (ROTH00226) Depo. Exh.90 |

**Page 9**

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | 91 | | Exclusive Broker Representation Agreement executed by Torres and Rothstein dated 09/29/18 (ROTH00468—ROTH00470) Depo. Exh.91 [Duplicate: Depo Exh 73] |
| | | 92 | | Duties Owed by a Nevada Real Estate Agent form, executed by Rothstein and Torres dated 09/27/18 (ROTH00467) Depo. Exh.92 |
| | | 93 | | Emails between Housing Authority and Rothstein re Torres Housing Assistance Payment dated 10/24/18 – 10/30/18 Depo. Exh. 93 [Inclusive of Depo Exh. 39] |
| | | 96 | | Torres rent receipts (pp. 1-11) Depo. Exh. 96 and ROTH0441 |
| | | 98 | | Emails between Rothstein and Torres, pp. 1-13 (ROTH00112—ROTH0126) Depo. Exh.98 |
| | | 99 | | Emails between Rothstein and Torres, pp 1-4 (ROTH00589 -- ROTH00592) |

**Page 10**

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | | | Depo. Exh. 99 |
| | | 101 | | Five-Day Notice to Pay Rent or Quit dated February 13, 2019 (2 pages) Depo. Exh.101 |
| | | 102 | | Landlord's Affidavit/Complaint for Summary Eviction for Nonpayment of Rent, Case 19E003909, *Rothstein v Torres*, filed March 13, 2019 (3 pages); Depo. Exh.102 [RJN Exh 6/ECF 193-6] |
| | | 103 | | Notice to appear and Stipulation for dismissal of Action for Summary Eviction for Nonpayment of Rent, Case 19E003909, *Rothstein v Torres*, dated March 21, 2019 (ROTH00489-490, 496) |
| | | 104 | | SNRHA records by Rothstein and Torres re Wedgebrook House rental, pp 1-99 |
| | | 105 | | Wedgebrook NV Energy Folder (ROTH0030-31, 92-95, 242-43), pp 1-8 |
| | | 106 | | Wedgebrook NV Energy Notice, 12-19-2018 (CT 75-76) |

Page 11

# Exhibit List

**Torres v. Rothstein, Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | 107 | | Wedgebrook Candy Torres Statement Folder  (ROTH 23-24, 27, 243-244, 251, 254, 256, 428), pp 1-9 (LVVWD water bills) |
| | | 108 | | Complaint by the Real Estate Commission of the State of Nevada against Allan Rothstein, *Sharath Chandra, etc. v. Allan N. Rothstein*, Case No. 2020-359, filed February 24, 2022 [RJN Exh 1/ECF 193-1] |
| | | 109 | | Findings of Fact, Conclusions or Law, and Order by the Nevada Real Estate Commission, filed April 12, 2022, in Sharath Chandra, etc. v. Allan N. Rothstein, Case No. 2020-359 [RJN Exh 2/ECF 193-2] |
| | | 110 | | Nevada Real Estate Division letter of caution to Allan Rothstein dated 6/6/2014 (AR 00833-00855) |
| | | 111 | | Nevada Real Estate Division Notice of Violation re Allan Rothstein dated 7/16/2014 (AR 00348-00355) |

Page 12

# Exhibit List

*Torres v. Rothstein*, Case 2:19-cv-00594-APG-EJY
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
|  |  | 112 |  | Nevada Real Estate Division Notice of Violation re Allan Rothstein dated 5/7/2014 (AR 00282-00283) |
|  |  | 113 |  | Certified copy of Notice of Default recorded by Clark County Recorder 8/14/2018 (filed at ECF 68-5 pp. 29-37 of 72)[RJN Exh 3/ECF 193-3] |
|  |  | 114 |  | Certified copy of Notice of Rescission recorded by Clark County Recorder 11/2/2018 (filed at ECF 68-5 pp. 39-41 of 74)[RJN Exh 4/ECF 193-4] |
|  |  | 115 |  | Certified Memorandum in Support of Tenant's Answer in Case 19E003909, Rothstein v Torres, filed March 19, 2019, by NLS, pp. 1-47 [RJN Exh 7/ECF 193-7] |
|  |  | 116 |  | Email communications by Rothstein regarding rental of Wedgebrook House, September 2018 |

**Page 13**

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
|  |  | 117 |  | Email communication by Rothstein regarding rental of Wedgebrook House, October and November 2018 |
|  |  | 118 |  | Email communication by Rothstein regarding rental of Wedgebrook House, December 2018 |
|  |  | 119 |  | Email communication by Rothstein regarding rental of Wedgebrook House, January 2019 |
|  |  | 120 |  | Email communication by Rothstein regarding rental of Wedgebrook House, February 2019 |
|  |  | 121 |  | Email communication by Rothstein regarding rental of Wedgebrook House, March and April 2019 |
|  |  | 122 |  | Security Deposit Trust Acct, JP Morgan Chase Acct xxxx9668, certified by records custodian (pp. 1-24) |
|  |  | 123 |  | JP Morgan Chase Acct xxx1136, certified by records custodian  (pp. |

**Page 14**

# Exhibit List

***Torres v. Rothstein*, Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | | | 1-23) |
| | | 124 | | Property Management Trust Account, JP Morgan Chase Acct xxxx9676, certified by records custodian (pp. 1-27) |
| | | 125 | | Rothstein NRED records re licensure (CT 159-168) |
| | | 126 | | Nye County Real Estate Records (certified) |
| | | 127 | | Rothstein website printout 12/2020 (ECF 120-8) |
| | | 128 | | Rothstein website printout 3/2021 |
| | | 129 | | Rothstein realtor.com listings 12/2020 (ECF 120-7) |
| | | 130 | | Rothstein RE web listing (vivahomevegas.com 3/2021) |
| | | 131 | | Rothstein RE web listings (home.com 3/2021) |

Page 15

# Exhibit List

**_Torres v. Rothstein_, Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
| | | 132 | | Rothstein RE web listings (vegasdata.com 2021) |
| | | 133 | | Former tenant Rachel Douglas Records re Wedgebrook house |
| | | 134 | | Former tenant Keli Freund Records re Wedgebook house: Communications:  Dave Martinez – Allan Rothstein (AR 1256, 1260, 1287, 1291) |
| | | 135 | | Former tenant Brandon Silva lease cancellation re Wedgebrook House (AR 2092) |
| | | 136 | | Former tenants Jessica and Krisina Turner Records (AR 943) |
| | | 137 | | Defendant Allan Rothstein's Response to Plaintiff's First Request for Admissions, Etc. served 1/21/2020 |
| | | 138 | | Defendant Allan Rothstein's Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-9) served |

Page 16

# Exhibit List

*Torres v. Rothstein*, **Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
|  |  |  |  | 9/20/2019 |
|  |  | 139 |  | Defendant Allan Rothstein's Amended Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-9) served 12/7/2019 |
|  |  | 140 |  | Defendant Allan Rothstein's Responses and Objections to Plaintiff's Second Set of Interrogatories (Nos. 12-13) served 9/20/2019 |
|  |  | 141 |  | Rothstein's Torres/Wedgebrook File - Rental Notes  (ROTH00248, 247, 246, 435, 433) |
|  |  | 142 |  | Goggle Search Results for "allan rothstein real estate las vegas," (visited 07/31/2022) |
|  |  | 143 |  | Allan Rothstein Website, www.vagasrxreaty.com (visited 07/31/2022) |
|  |  | 144 |  | Zillow Webpage re Rothstein (visited 07/31/2022) |

Page 17

# Exhibit List

**_Torres v. Rothstein_, Case 2:19-cv-00594-APG-EJY**
**Exhibits for: Plaintiff**

| Date Marked | Date Admitted | Exhibit Number | Witness | Exhibit Description |
|---|---|---|---|---|
|  |  | 145 |  | Realtor.com Webpage re Rothstein (visited 07/31/2022) |
|  |  | 146 |  | Homes.com Webpage re Rothstein (visited 07/31/2022) |

1

**CERTIFICATE OF SERVICE**

2

3          Pursuant to Rule 5 of the Federal Rules of Civil Procedure, on August 3,
2022, I served by email via the ECF system a copy of the attached document –
4    **PLAINTIFF'S EXHIBIT LIST FOR TRIAL** – on the following persons:

5

6    Andrew Wasielewski                        Kristopher Pre
     The Wasielewski Law Firm                  Nevada Legal Services
7    8275 S. Eastern Avenue                    530 South 6th Street
     Suite 200-818                             Las Vegas, NV 89101
8    Las Vegas, Nevada 89123                   Fax:   (702) 386-0404
     andrew@wazlaw.com                         kpre@nevadalegalservices.org

9

10                            */s/ Christopher Brancart*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-