1 | NEVADA LEGAL SERVICES
   Kristopher Pre (NV 14106)
2 | 530 South 6th Street
Las Vegas, NV 89101
3 | Tel:   (702) 388-1641
Fax:   (702) 386-0404
4
BRANCART & BRANCART
5 |  Christopher Brancart (NV 8969)
   *cbrancart@brancart.com*
6 | Post Office Box 686
Pescadero, CA  94060
7 | Tel:   (650) 879-0141
Fax:   (650) 879-1103
8
Attorneys for Plaintiff
9

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12

| | |
|---|---|
| **CANDY TORRES,** | **No. 2:19-cv-00594-APG-EJY** |
| **Plaintiff,** | **STIPULATION RE DEADLINE** |
| **vs.** | **TO FILE TRIAL DOCUMENTS;** |
| | **ORDER** |
| **ALLAN ROTHSTEIN, et al.** | |
| | **Trial:        August 8, 2022** |
| **Defendants.** | |

18        The parties hereby apply for and stipulate to issuance of an order extending

19   the deadline for filing trial documents -- witness and exhibit lists, proposed

20   findings of fact and conclusions of law, and trial briefs -- from Wednesday,

21   August 3, 2022, 6pm to Thursday, August 4, 2022 by 6:00pm.  A proposed order

22   appears at the end of this stipulation.

23        There is good cause to grant this stipulation for the following reasons:

24        1.        In response to the request of Christopher Brancart, Torres's attorney,

25   to Andrew Wasielewski, Rothstein's attorney, to confer regarding objections to

26   documents, Mr. Wasielewski indicated he can confer on Thursday at 1:00 pm.

27        2.        Mr. Wasielewski also requested that the deadline for filing trial

28   ///

1  documents be extended to Thursday due to a short trial in which he is engage

2  today.

3          So stipulated.

4

5                                    *   *   *

6          Dated: August 3, 2022.

7                                 Respectfully submitted,

8

9  THE WASIELEWSKI LAW FIRM              BRANCART & BRANCART

10 */s/ Andrew Wasielewski*              */s/ Christopher Brancart*
   Andrew Wasielewski                    Christopher Brancart (NV 8969)
11 andrew@wazlaw.com                     cbrancart@brancart.com
   8275 South Eastern Avenue, Suite      Post Office Box 686
12 200-818                               Pescadero, CA  94060
   Las Vegas, NV 89123                   Tel:   (650) 879-0141
13 (702) 490-8511                        Fax:   (650) 879-1103

14                                       NEVADA LEGAL SERVICES
                                          Kristopher Pre (NV 14106)
15                                        kpre@nevadalegalservices.org
                                         530 South 6th Street
16                                       Las Vegas, NV 89101
                                         Tel:   (702) 388-1641
17                                       Fax:   (702) 386-0404

18                                       Attorneys for Plaintiff

19

20                                    ORDER

21         Based on the above stipulation, and good cause therefor, IT IS HEREBY

22 ORDERED that trial documents in this action may be filed by Thrusday, August 4,

23 2022 at 6:00 p.m.

24         Dated: August 4, 2022.

25
                                         _____
26                                       Hon. Andrew P. Gordon
                                         United States District Judge

27

28