# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| CANDY TORRES,<br><br>          Plaintiff,<br><br>vs.<br><br>ALLAN ROTHSTEIN,<br><br>          Defendant. | 2:19-cv- 00594-APG-EJY<br><br>DATE: August 12, 2022<br><br>Courtroom 6C |

THE HONORABLE ANDREW P. GORDON, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen     COURT REPORTER: Paige Christian

COUNSEL FOR PLAINTIFF:  Christopher Brancart, Liza Cristol-Deman and Kristopher Pre

COUNSEL FOR DEFENDANT:  Andrew Wasilewski

MINUTES OF PROCEEDINGS: Bench Trial (Day 5)

Court convened at 10:34 a.m.

The court heard arguments of counsel regarding plaintiff's exhibit 136, 33, and the testimony of Ms. Fountain.

Plaintiffs Exhibit Admitted: 33, and 136

Mr. Wasilewski informed the court that Mr. Rothstein is not comfortable continuing with his testimony today, because of the threatening messages he received.

The court recessed from 11:32 a.m. until 1:06 p.m.

Mr. Rothstein is not present. Mr. Wasilewski waives Mr. Rothstein's presence for this portion of the hearing and confirms that Mr. Rothstein is unable to proceed with trial.

The bench trial in this matter is continued to October 3, 2022, at 9:00 a.m. in Las Vegas Courtroom 6C.

Court adjourned 1:15 p.m.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:           /S/
Melissa Johansen, Deputy Clerk
