UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES, | Case No.: 2:19-cv-00594-APG-EJY |
| Plaintiff | **Order Setting Status Conference** |
| v. | |
| ALLAN ROTHSTEIN and KYLE PUNTNEY, | |
| Defendants | |

Near the end of the trial, this case was stayed because defendant Allan Rothstein filed a bankruptcy petition. The Bankruptcy Court has now lifted the stay, allowing the trial to resume. ECF No. 245. Since then, Mr. Rothstein's counsel, Andrew Wasielewski, has been suspended from practice. Therefore, Mr. Rothstein needs to find new counsel or proceed *pro se*. I will conduct a status conference, via Zoom, on Wednesday, January 18, 2023 at 11:00 a.m. **Mr. Rothstein will appear either on his own or by counsel.** The parties will be prepared to discuss dates for resuming the trial, and how much time is needed to complete the trial. My courtroom administrator will circulate the Zoom connection information separately.

I ORDER the clerk of the court to mail a copy of this order to Mr. Rothstein at the address listed in his bankruptcy filings:

>    Allan Nathan Rothstein
>    8616 Canyon View Drive
>    Las Vegas, NV 89117

DATED this 22nd day of December, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE