NEVADA LEGAL SERVICES
  Kristopher Pre (NV 14106)
530 South 6th Street
Las Vegas, NV 89101
Tel:   (702) 388-1641
Fax:   (702) 386-0404

BRANCART & BRANCART
  Christopher Brancart (NV 8969)
  *cbrancart@brancart.com*
  Liza Cristol Deman (CA 190516)
  lcristoldeman@brancart.com
  *Pro Hac Vice*
Post Office Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **CANDY TORRES,**<br><br>　　　　**Plaintiff,**<br>　vs.<br>**ALLAN ROTHSTEIN, et al.**<br><br>　　　　**Defendants.** | No. 2:19-cv-00594-APG-EJY<br><br>**JOINT APPLICATION AND STIPULATION TO CONTINUE TRIAL FOR 120 DAYS TO COMPLETE SETTLEMENT**<br><br><u>Trial:</u>   May 16-17, 2023 |

　　　On Friday, May 12, 2023, the remaining parties in this matter, Candy Torres and Allan Rothstein, reached a settlement in principle regarding all claims for relief. Plaintiff circulated a memorandum of understanding outlining the terms ("MOU"), which has been signed by all parties and counsel. Accordingly, the parties respectfully request that the Court continue the trial in this matter, currently set to resume on May 16, 2023, for approximately 120 days to give the parties sufficient time to prepare and sign a formal settlement agreement and to ensure that the terms of the agreement are met.

　　　There is good cause to grant this request.

1  First, it is jointly requested by plaintiff and defendant.

2  Second, the continuance will conserve judicial resources because the parties agree in principle on the terms of settlement. The parties anticipate that they can work together to draft a mutually-agreeable formal settlement agreement that will resolve the case entirely. The settlement will avert the need for this Court to devote additional time and resources to the case.

3  Third, the parties will draft the settlement agreement and circulate it today, May 15, 2023, rather than spending time preparing to resume trial. The parties anticipate that it may take several days to finalize all terms and circulate the final agreement for signatures.

4  Fourth, the parties jointly request that the Court continue trial rather than dismiss the case, because the settlement agreement will require Mr. Rothstein to make payments to plaintiff over a period of 120 days. According to the MOU, Mr. Rothstein is obligated to make small payments on June 14, July 14, and August 14, 2023, and the final (and largest) payment on September 12, 2023. In the event that Mr. Rothstein does not substantially comply with these deadlines, the settlement agreement will be voided and the parties will need to return to Court to complete the trial.

Accordingly, the parties respectfully apply for and stipulate to a continuance

///
///
///
///
///
///
///
///
///

-2-

of the trial for approximately 120 days so that they may finalize their settlement agreement and ensure compliance with the terms.

* * *

Dated: May 15, 2023.

Respectfully submitted,

NEVADA LEGAL SERVICES
Kristopher Pre (NV 14106)
kpre@nevadalegalservices.org
530 South 6th Street
Las Vegas, NV 89101
Tel:  (702) 388-1641

Attorneys for Plaintiff

BRANCART & BRANCART

*/s/Liza Cristol-Deman*
Christopher Brancart (NV 8969)
cbrancart@brancart.com
Liza Cristol Deman (CA 190516)
lcristoldeman@brancart.com
*Pro Hac Vice*
Post Office Box 686
Pescadero, CA 94060
Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiff

LAS VEGAS DEFENSE GROUP, LLC

*/s/ Adam M. Solinger*
Michael L. Becker (NV 8765)
Adam M. Solinger (NV 13963)
2970 W. Sahara Avenue
Las Vegas, NV 89102
Tel: (702) 333-3673

Attorneys for Defendant

ORDER

The parties have entered into a "settlement in principle" and have stipulated to continue the conclusion of this trial for 120 days to complete the settlement. ECF No. 258.  I grant the stipulation and reschedule the trial.  The trial in this matter will resume on September 27 and 28, 2023 at 9:00 a.m.  I will conduct a status conference on September 13, 2023 at 9:00 a.m. by videoconference.

IT IS SO ORDERED:

Dated:  May 15, 2023

-3-

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE