UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES,<br><br>    Plaintiff<br><br>v.<br><br>ALLAN ROTHSTEIN and KYLE PUNTNEY,<br><br>    Defendants | Case No.: 2:19-cv-00594-APG-EJY<br><br>**Order Denying Motions to Admit Exhibits Without Prejudice**<br><br>[ECF Nos. 233, 236, 237] |

The parties have reached a settlement in principle that obviates the need to complete the trial. ECF No. 258.  I therefore dismiss as moot the plaintiff's pending motions to admit various trial exhibits. ECF Nos. 233, 236, 237.  The plaintiff may refile those motions if it becomes necessary to complete the trial.

DATED this 16th day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE