**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDY TORRES,<br><br>   Plaintiff<br><br>v.<br><br>ALLAN ROTHSTEIN and KYLE PUNTNEY,<br><br>   Defendants | Case No.: 2:19-cv-00594-APG-EJY<br><br>**Order Granting Stipulation to Continue Trial**<br><br>[ECF No. 264] |

    I HEREBY GRANT the parties' stipulation to continue the trial. ECF No. 264. I will conduct a status conference, via Zoom, on **Tuesday, October 24, 2023 at 9:30 a.m**. to select the new dates for resuming the trial. My courtroom administrator will provide counsel listed on the docket with the Zoom link to attend the video conference. Counsel is instructed not to forward the link to others. If additional participants need to appear, counsel must contact Courtroom Administrator Melissa Johansen at melissa_johansen@nvd.uscourts.gov. Members of the public interested in watching this proceeding may <u>not</u> watch it by remote video; rather, they must come to courtroom 6C to watch it.

    Photographing, recording, and rebroadcasting of court proceedings is strictly prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Counsel is reminded that this is a formal court proceeding and that proper courtroom attire is expected.

    DATED this 20th day of October, 2023.

                                                         ANDREW P. GORDON<br>                                                         UNITED STATES DISTRICT JUDGE