SADOW LAW FIRM
David J. Rothenberg (NV 13576)
5588 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 249-0160
Email: david@sadow.law
*Attorney for Mexican Gold &
Oil Exploration Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDY TORRES,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>ALLAN ROTHSTEIN,<br><br>　　　　　Defendants. | **No. 2:19-CV-00594-APG-EJY**<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE FOR OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

**Stipulation and Order for Continuance**

Plaintiff Candy Torres, Defendants Allan Rothstein, and Drake Rothstein as Trustee of The Mexican Gold & Oil Exploration Trust dated November 7, 2012 (the "Trust") by and through their respective counsel, hereby stipulate and agree as follows:

1. The deadline to oppose Plaintiff's Motion for Leave to Amend, currently set for February 16, 2024, shall be continued for fourteen (14) days, until March 1, 2024.

2. Good cause exists for the continuance. The parties require additional time to engage in settlement discussions with the proposed new defendants.

3. The parties agree that the ends of justice are served by granting this continuance to allow for a more efficient resolution without judicial resources.

/ / /

/ / /

/ / /

/ / /

/ / /

4. This is the first stipulation for continuance filed in this matter for this hearing.

DATED this 16th day of February 2024.       DATED this 16th day of February 2024.

    */s/ David Rothenberg*                */s/ Liza Cristol-Deman*
David J. Rothenberg (NV 13576)               Christopher Brancart (NV 8969)
SADOW LAW FIRM                               Liza Cristol-Deman, *Pro Hac Vice*
5588 S. Fort Apache Rd., Suite 130           (CA 190516)
Las Vegas, NV 89148                          BRANCART & BRANCART
Tel: (702) 249-0160                          Post Office Box 686
Email: david@sadow.law                       Pescadero, CA 94060
*Attorneys for Mexican Gold &*               cbrancart@brancart.com
*Oil Exploration Trust*                      lcristoldeman@brancart.com
                                                                  *Attorneys for Plaintiff*

Kristopher Pre (NV 14106)
DATED this 16th day of February 2024.        NEVADA LEGAL SERVICES
                                             530 South 6th Street
                                             Las Vegas, NV 89101
    */s/ Adam M. Solinger*                    kpre@nevadalegalservices.org
Michael L. Becker                            *Attorneys for Plaintiff*
Adam M. Solinger
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
clients@702defense.com

**ORDER**

The Parties at issue having stipulated to and for good cause shown:

IT IS HEREBY ORDERED that the deadline for opposition to Plaintiff's Motion for Leave to Amend is continued from February 16, 2024 to March 1, 2024.

**IT IS SO ORDERED.**

DATED: February 20, 2024

_____
United States District Judge