Case 2:19-cv-00594-APG-EJY   Document 275   Filed 03/04/24   Page 1 of 3

SADOW LAW FIRM
David J. Rothenberg (NV 13576)
5588 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 249-0160
Email: david@sadow.law
*Attorney for Mexican Gold &
Oil Exploration Trust*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES,<br><br>             Plaintiff<br><br>vs.<br><br>ALLAN ROTHSTEIN,<br><br>             Defendants. | No. 2:19-CV-00594-APG-EJY<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE FOR OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

### Stipulation and Order for Continuance

Plaintiff Candy Torres, Defendants Allan Rothstein, and Drake Rothstein as Trustee of The Mexican Gold & Oil Exploration Trust dated November 7, 2012 (the "Trust") by and through their respective counsel, hereby stipulate and agree as follows:

1. The deadline to oppose Plaintiff's Motion for Leave to Amend, currently set for March 1, 2024, shall be continued for twenty-one (21) days, until March 22, 2024.

2. Good cause exists for the continuance. Plaintiff and the Trust have reached a settlement in principle that would avoid the need for further briefing on the Motion, but need additional time to prepare final settlement documents.

3. The parties agree that the ends of justice are served by granting this continuance to allow for a more efficient resolution without judicial resources.

/ / /

/ / /

/ / /

1 of 3

4. 4. This is the second stipulation for continuance filed in this matter for this hearing.

DATED this 1st day of March 2024.

/s/ David Rothenberg
David J. Rothenberg (NV 13576)
SADOW LAW FIRM
5588 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 249-0160
Email: david@sadow.law
*Attorneys for Mexican Gold &
Oil Exploration Trust*

DATED this 1st day of March 2024.

/s/ Adam Solinger
Michael L. Becker
Adam M. Solinger
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
clients@702defense.com

DATED this 1st day of March 2024.

/s/ Liza Cristol-Deman
Christopher Brancart (NV 8969)
Liza Cristol-Deman, *Pro Hac Vice* (CA 190516)
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
cbrancart@brancart.com
lcristoldeman@brancart.com
*Attorneys for Plaintiff*

Kristopher Pre (NV 14106)
NEVADA LEGAL SERVICES
530 South 6th Street
Las Vegas, NV 89101
kpre@nevadalegalservices.org
*Attorneys for Plaintiff*

**ORDER**

The Parties at issue having stipulated to and for good cause shown:

IT IS HEREBY ORDERED that the deadline for opposition to Plaintiff's Motion for Leave to Amend is continued from March 1, 2024 to March 22, 2024.

**IT IS SO ORDERED.**

DATED: March 4, 2024

_____
United States District Judge