SADOW LAW FIRM
David J. Rothenberg (NV 13576)
5588 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 249-0160
Email: david@sadow.law
*Attorney for Mexican Gold &
Oil Exploration Trust*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDY TORRES,<br><br>    Plaintiff<br><br>vs.<br><br>ALLAN ROTHSTEIN,<br><br>    Defendants. | No. 2:19-CV-00594-APG-EJY<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE FOR OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

### Stipulation and Order for Continuance

Plaintiff Candy Torres, Defendants Allan Rothstein, and Drake Rothstein as Trustee of The Mexican Gold & Oil Exploration Trust dated November 7, 2012 (the "Trust") by and through their respective counsel, hereby stipulate and agree as follows:

1. The deadline to oppose Plaintiff's Motion for Leave to Amend, currently set for March 22, 2024, shall be continued for seven (7) days, until March 29, 2024.

2. Good cause exists for the continuance. Plaintiff and the Trust have reached a settlement. The Trust is currently reviewing the written settlement agreement proposed by plaintiff but requests additional time to finalize it.

3. The parties agree that the ends of justice are served by granting this continuance to allow for a more efficient resolution without judicial resources.

///

///

///

///

1 of 3

4. This is the third stipulation for continuance filed in this matter for this hearing.

DATED this 22nd day of March 2024.

*/s/ David Rothenberg*____
David J. Rothenberg (NV 13576)
SADOW LAW FIRM
5588 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 249-0160
Email: david@sadow.law
*Attorneys for Mexican Gold &*
*Oil Exploration Trust*

DATED this 22nd day of March 2024.

_____*/s/* Michael L. Becker_____
Michael L. Becker
Adam M. Solinger
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
clients@702defense.com

DATED this 22nd day of March 2024.

_*/s/* Liza Cristol-Deman_____
Christopher Brancart (NV 8969)
Liza Cristol-Deman, *Pro Hac Vice*
(CA 190516)
BRANCART & BRANCART
Post Office Box 686
Pescadero, CA 94060
*cbrancart@brancart.com*
*lcristoldeman@brancart.com*
*Attorneys for Plaintiff*


Kristopher Pre (NV 14106)
NEVADA LEGAL SERVICES
530 South 6th Street
Las Vegas, NV 89101
*kpre@nevadalegalservices.org*
*Attorneys for Plaintiff*

**ORDER**

The Parties at issue having stipulated to and for good cause shown:

IT IS HEREBY ORDERED that the deadline for opposition to Plaintiff's Motion for Leave to Amend is continued from March 22, 2024 to March 29, 2024.

**IT IS SO ORDERED.**

DATED: MArch 25, 2024

_____
United States District Judge