SADOW LAW FIRM
David J. Rothenberg (NV 13576)
5588 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 249-0160
Email: david@sadow.law
*Attorney for Mexican Gold &
Oil Exploration Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES,<br><br>　　　　　　Plaintiff<br><br>vs.<br><br>ALLAN ROTHSTEIN,<br><br>　　　　　　Defendants. | **No. 2:19-CV-00594-APG-EJY**<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DEADLINE FOR OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

## Stipulation and Order for Continuance

Plaintiff Candy Torres, Defendants Allan Rothstein, and Drake Rothstein as Trustee of The Mexican Gold & Oil Exploration Trust dated November 7, 2012 (the "Trust") by and through their respective counsel, hereby stipulate and agree as follows:

1. The deadline to oppose Plaintiff's Motion for Leave to Amend, currently set for April 16, 2024, shall be continued until June 21, 2024.

2. Good cause exists for the continuance. Plaintiff and the Trust have reached and executed a settlement agreement.

3. The parties agree that the ends of justice are served by granting this continuance to allow for a more efficient resolution without judicial resources.

/ / /

/ / /

/ / /

/ / /

/ / /

4. This is the sixth stipulation for continuance filed in this matter for this hearing.

| | |
|---|---|
| DATED this 16th day of April 2024. | DATED this 16th day of April 2024. |
| */s/ David Rothenberg*<br>David J. Rothenberg (NV 13576)<br>SADOW LAW FIRM<br>5588 S. Fort Apache Rd., Suite 130<br>Las Vegas, NV 89148<br>Tel: (702) 249-0160<br>Email: david@sadow.law<br>*Attorneys for Mexican Gold &*<br>*Oil Exploration Trust* | */s/ Liza Cristol-Deman*<br>Christopher Brancart (NV 8969)<br>Liza Cristol-Deman, *Pro Hac Vice*<br>(CA 190516)<br>BRANCART & BRANCART<br>Post Office Box 686<br>Pescadero, CA 94060<br>*cbrancart@brancart.com*<br>*lcristoldeman@brancart.com*<br>*Attorneys for Plaintiff* |
| DATED this 16th day of April 2024.<br><br>*/s/ Adam Solinger*<br>Michael L. Becker<br>Adam M. Solinger<br>LAS VEGAS DEFENSE GROUP, LLC<br>2970 W. Sahara Avenue<br>Las Vegas, NV 89102<br>clients@702defense.com | Kristopher Pre (NV 14106)<br>NEVADA LEGAL SERVICES<br>530 South 6th Street<br>Las Vegas, NV 89101<br>*kpre@nevadalegalservices.org*<br>*Attorneys for Plaintiff* |

**ORDER**

The Parties at issue having stipulated to and for good cause shown:

IT IS HEREBY ORDERED that the deadline for opposition to Plaintiff's Motion for Leave to Amend is continued from April 16, 2024 to June 21, 2024.

**IT IS SO ORDERED.**

DATED: April 17, 2024

_____
United States District Judge