NEVADA LEGAL SERVICES
 Kristopher Pre (NV 14106)
530 South 6th Street
Las Vegas, NV 89101
Tel:   (702) 388-1641
Fax:   (702) 386-0404

BRANCART & BRANCART
 Christopher Brancart (NV 8969)
 *cbrancart@brancart.com*
 Liza Cristol Deman (CA 190516)
 lcristoldeman@brancart.com
 *Pro Hac Vice*
Post Office Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **CANDY TORRES,** | No. 2:19-cv-00594-APG-EJY |
| **Plaintiff,** | **JOINT APPLICATION AND STIPULATION TO CONTINUE ALL PROCEEDINGS UNTIL JUNE 21, 2024** |
| **vs.** | |
| **ALLAN ROTHSTEIN, et al.** | |
| **Defendants.** | |

The parties in this case, together with Drake Rothstein as Trustee of the Mexican Gold & Oil Exploration Trust dated November 7, 2012, hereby stipulate and request to continue all proceedings until June 21, 2024. There is good cause for the Court to grant this request:

As the Court knows, Defendant Allan Rothstein breached the terms of a settlement agreement (ECF 261-1) that he entered into in May 2023, with Plaintiff Candy Torres. The settlement terms, if completed, would have obviated the need to finish the trial.

On January 11, 2024, plaintiff filed a motion for leave to file a second

amended complaint adding a new defendant, Mark H. Rothstein, Trustee of the Mexican Gold & Oil Exploration Trust dated November 7, 2012. (ECF 267.) After the motion was filed, Drake Rothstein and Plaintiff Torres engaged in discussions to resolve the motion without the need for adjudication. The parties filed, and the Court granted, several extensions of time for Drake Rothstein to file a brief in opposition to the motion as the parties negotiated. (See ECF 272 - 282.)

On April 16, 2024, Candy Torres and Drake Rothstein entered into a settlement agreement. The terms of the settlement will not be executed in full until late May or early June 2024. If the terms are fully executed on or before June 14, 2024, no further proceedings will be necessary and the parties will file a request for dismissal of the action.

Accordingly, the parties respectfully apply for and stipulate to a continuance of all proceedings until June 21, 2024. The parties will notify the Court and file a request for dismissal if the settlement terms are fully carried out before that date.

*  *  *

Dated:  April 29, 2024

Respectfully submitted,

NEVADA LEGAL SERVICES
Kristopher Pre (NV 14106)
kpre@nevadalegalservices.org
530 South 6th Street
Las Vegas, NV 89101
Tel:   (702) 388-1641

Attorneys for Plaintiff

LAS VEGAS DEFENSE GROUP, LLC

/s/ Adam M. Solinger
Michael L. Becker (NV 8765)
Adam M. Solinger (NV 13963)
2970 W. Sahara Avenue
Las Vegas, NV 89102
Tel: (702) 333-3673

Attorneys for Defendant

-2-

BRANCART & BRANCART

*/s/Liza Cristol-Deman*
Christopher Brancart (NV 8969)
cbrancart@brancart.com
Liza Cristol Deman (CA 190516)
lcristoldeman@brancart.com
*Pro Hac Vice*
Post Office Box 686
Pescadero, CA  94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiff

SADOW LAW FIRM

*/s/ David Rothenberg*
David Rothenberg (NV 13576)
david@sadow.law
5588 S. Fort Apache Rd., Suite 130
Las Vegas, NV 89148
Tel: (702) 249-0160

Attorneys for Mexican Gold & Oil
Exploration Trust, Drake Rothstein as
Trustee

No. 2:19-cv-00594-APG-EJY

ORDER GRANTING THE JOINT APPLICATION AND STIPULATION TO
CONTINUE ALL PROCEEDINGS UNTIL JUNE 21, 2024

IT IS SO ORDERED:

Dated:___April 30, 2024___

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-3-