**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDY TORRES, | Case No.: 2:19-cv-00594-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| ALLAN ROTHSTEIN and KYLE PUNTNEY, | |
| Defendants | |

I previously granted the parties' stipulation to stay this case until June 21, 2024. ECF No. 285. The parties have since taken no action in the case.

I THEREFORE ORDER that by July 12, 2024, the parties shall file either a stipulation of dismissal or a status report.

DATED this 2nd day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE