# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY TORRES,<br><br>    Plaintiff<br><br>v.<br><br>ALLAN ROTHSTEIN and KYLE PUNTNEY,<br><br>    Defendants | Case No.: 2:19-cv-00594-APG-EJY<br><br>**Order Dismissing Case**<br><br>[ECF Nos. 267, 287] |

Plaintiff Candy Torres moves to voluntarily dismiss this case. ECF No. 287. No opposition has been filed, and the motion is supported by good cause.

I THEREFORE ORDER that Torres' motion to dismiss **(ECF No. 287) is granted**. This case is dismissed with prejudice, and Torres' pending motion for leave to file a second amended complaint **(ECF No. 267) is denied as moot**. The court retains jurisdiction over the case solely to enforce the terms of Paragraph 4 of the Settlement Agreement and Mutual Release, if necessary. The clerk of court is directed to close this file.

DATED this 29th day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE